# Court of Appeals
# of the State of Georgia

ATLANTA,  June 28, 2022

*The Court of Appeals hereby passes the following order:*

**A22A1555. DONNIE FUSSELL v. THE STATE.**

Donnie Fussell was convicted of rape. Following the denial of his motion for new trial, Fussell appealed to this Court. We affirmed his conviction. See Case No. A20A2122 (decided Feb. 16, 2021). Fussell later filed an extraordinary motion for new trial, which the trial court denied. He then filed this direct appeal, but we lack jurisdiction.

An appeal from an order denying or dismissing an extraordinary motion for new trial must be initiated by filing an application for discretionary review. OCGA § 5-6-35 (a) (7), (b); *Davis v. State*, 182 Ga. App. 736, 736-737 (356 SE2d 762) (1987). "[C]ompliance with the discretionary appeals procedure is jurisdictional." *Fabe v. Floyd*, 199 Ga. App. 322, 332 (1) (405 SE2d 265) (1991). Fussell's failure to follow the discretionary appeal procedure deprives us of jurisdiction to consider this appeal, which is hereby DISMISSED. See *Davis*, 182 Ga. App. at 736-737.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  06/28/2022

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.